1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF WASHINGTON

8

| | |
|---|---|
| 9 JOHNNY L. MAYS, | |
| 10     Plaintiff, | No. 4:14-cv-05120-SAB |
| 11     v. | |
| 12 DEPARTMENT OF SOCIAL AND | **ORDER DISMISSING** |
| 13 HEALTH SERVICES, STATE OF | **PLAINTIFF'S AMENDED** |
| 14 WASHINGTON, | **COMPLAINTS WITH** |
| 15     Defendant. | **PREJUDICE** |
| 16 | |

17    In response to the Court's Order Dismissing Plaintiff's Complaint

18 with leave to amend, ECF No. 7, Plaintiff filed two Amended Complaints,

19 ECF No. 8, 12.

20    In his complaints, Plaintiff alleges that Defendant violated the

21 provisions of the Health Insurance Portability and Accountability Act of

22 1996 ("HIPPA"). Specifically, he alleges that Defendant failed to provide

23 him access to his medical records and cites to 45 C.F.R. § 164.524(b)(2)(ii).

24    In its previous Order, the Court instructed Plaintiff that HIPPA does

25 not provide a private cause of action. This means that Plaintiff, as a private

26 individual, cannot bring a lawsuit that is based on HIPPA violations. As

27 such, it is appropriate to dismiss Plaintiff's complaint.

28 *///*

**ORDER DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT
WITH PREJUDICE ~ 1**

1    The allegations contained in the Amended Complaints are the same

2  allegations contained in Plaintiff's original Complaint. The Court declines

3  to grant leave to amend as it has been demonstrated that it will be futile. *See*

4  Fed. R. Civ. P. 15(a); *Amerisource Bergen Corp. v. Dialysist West, Inc.*, 465

5  F.3d 946, 951 (9th Cir. 2006) (holding that leave to amend need not be

6  granted where the amendment: (1) prejudices the opposing party; (2) is

7  sought in bad faith; (3) produces an undue delay in litigation; or (4) is

8  futile).

9    Accordingly**, IT IS HEREBY ORDERED:**

10    1.  Plaintiff's Amended Complaint, ECF No. 7, is **dismissed**, with

11  prejudice.

12    2.  Plaintiff's First Amended Complaint, ECF No. 12, is **dismissed**, with

13  prejudice.

14    **IT IS SO ORDERED.** The District Court Executive is hereby directed to

15  file this Order, provide copies to Plaintiff, and close the file.

16    **DATED** this 27th day of April, 2015.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT
WITH PREJUDICE ~ 2**